# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| ANDREW CHAMBERS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SHINE, INC., a Delaware corporation,<br><br>Defendant. | Civil Action No. 6:17-cv-1449<br><br>**JOINT MOTION TO EXTEND TIME FOR DEFENDANT SHINE, INC. TO RESPOND TO THE COMPLAINT**<br><br>(Document Electronically Filed) |

Plaintiff and Defendant, by their undersigned counsel, jointly move the Court for entry of an order granting the Defendant Shine, Inc. ("Shine"), an extension of time, until October 20, 2017, to respond to the Complaint. The parties have engaged in good-faith settlement discussions and, while no settlement has been reached, the parties desire additional time to continue those discussions.

Dated:  October 11, 2017

**LAW OFFICE OF RYAN S. SHIPP, PLLC**     **AKERMAN LLP**

By: */s/ Ryan S. Shipp*  
Ryan S. Shipp, Esq.  
814 W. Lantana Rd. Suite 1  
Lantana, Florida 33462  
Tel: (561) 699-0399  
Ryan@shipplawoffice.com  

**WOODROW & PELUSO, LLC**  
Patrick Peluso, Esq.  
3900 East Mexico Ave., Suite 300  
Denver, Colorado 80210  
Tel: (720) 213-0675  
*Attorneys for Plaintiff*  
*Andrew Chambers*

By: */s/ Mark Bernet*  
Mark Bernet, Esq.  
401 E. Jackson Street, Suite 1700  
Tampa, Florida 33602  
Tel: (813) 209-5026  
Fax: (813)-218-5422  
mark.bernet@akerman.com  

**LOWENSTEIN SANDLER LLP**  
Gavin J. Rooney, Esq.  
(admitted *pro hac vice*)  
One Lowenstein Drive  
Roseland, New Jersey 07068  
Tel:  (973) 597-2500  
Fax:  (973) 597-2400

-2-

                                                                grooney@lowenstein.com
                                                                 *Attorneys for Defendant*
                                                                 *Shine, Inc.*

SO ORDERED:


_____
Hon. Thomas B. Smith, U.S.M.J.

-2-

43081818;1