UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| ANDREW CHAMBERS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SHINE, INC., a Delaware corporation,<br><br>Defendant. | Case No. 6:17-cv-01449-GAP-TBS<br><br>**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS** |

Plaintiff Andrew Chambers (hereafter "Plaintiff" or "Chambers"), hereby respectfully moves the Court for a fourteen (14) day extension of time, until November 17, 2017, to file his response in opposition to Defendant Shine, Inc.'s ("Defendant" or "Shine") Motion to Dismiss Complaint and to Compel Arbitration, or, in the Alternative, to Transfer Venue (Dkt. 23), in support states as follows:

### CERTIFICATE OF CONFERRAL

In accordance with Local Rule 3.01(g). the undersigned hereby certifies that Plaintiff's counsel has conferred with counsel for the opposing party regarding this Motion. Opposing counsel has advised that Defendant does not oppose this Motion.

### RELIEF REQUESTED

1.  Extend Plaintiff's deadline to respond to Defendant's Motion to Dismiss Complaint and to Compel Arbitration, or, in the Alternative, to Transfer Venue (Dkt. 23) from November 3, 2017 to November 17, 2017.

1

## STATEMENT OF THE BASIS FOR THE RELIEF REQUESTED

1.  On August 4, 2017, Plaintiff filed the instant case alleging violations of the Telephone Consumer Protection Act, 42 U.S.C. § 227 *et seq.* ("TCPA"). (*See* Dkt. 1.)

2.  On September 14, 2017, the Parties filed a Stipulation of Extension of Time for Defendant to respond to Plaintiff's Complaint, which the Court granted on September 15, 2017.

3.  On October 11, 2017, Defendant filed an Unopposed Motion for Extension of Time to respond to Plaintiff's Complaint, which the Court granted the same day. (Dkt. 21.)

4.  On October 20, 2017, Defendant responded to Plaintiff's Complaint by filing its Motion to Dismiss Complaint and to Compel Arbitration, or, in the Alternative, to Transfer Venue (Dkt. 23), placing Plaintiff's response deadline as November 3, 2017.

5.  Given the complexity of the issues presented and press of business, Plaintiff requires additional time to sufficiently respond to the Motion and respectfully requests a 14-day extension of time, until November 17, 2017, to respond.

6.  Defendant has no objection to this requested extension.

7.  This extension is not being sought for an improper purpose or to delay. It is also the first extension of time requested.

**WHEREFORE**, Plaintiff respectfully requests that the Court grant the requested extension of fourteen (14) days and move the deadline for Plaintiff to respond to Defendant's Motion to November 17, 2017, and for such additional relief as the Court deems necessary and just.

Respectfully Submitted,

**ANDREW CHAMBERS**, individually and on behalf of all others similarly situated,

Dated: October 30, 2017         /s/ Patrick H. Peluso

2

One of Plaintiff's Attorneys

Ryan S. Shipp, Esq.
814 W. Lantana Rd. Suite 1,
Lantana, Florida 33462
(561) 699-0399
Email: Ryan@shipplawoffice.com

Steven L. Woodrow*
swoodrow@woodrowpeluso.com
Patrick H. Peluso*
ppeluso@woodrowpeluso.com
Woodrow & Peluso, LLC
3900 East Mexico Ave., Suite 300
Denver, Colorado 80210
(720) 213-0675

*Pro hac vice

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on October 30, 2017 I served the above and foregoing papers by causing such paper to be filed with the Court using the Court's electronic filing system, which will send copies of such paper to all counsel of record.

October 30, 2017					By:  /s/ Patrick H. Peluso