# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

ANDREW CHAMBERS, individually and on behalf of all others similarly situated,

        Plaintiff,

v.

SHINE, INC., a Delaware corporation,

        Defendant.

Case No. 6:17-cv-01449-GAP-TBS

**NOTICE OF SETTLEMENT**

## NOTICE OF SETTLEMENT

Plaintiff Andrew Chambers ("Plaintiff" or "Chambers") hereby provides notice that the Parties have reached a settlement in this case and states as follows:

1. On August 4, 2017, Plaintiff filed the instant case alleging violations of the Telephone Consumer Protection Act, 42 U.S.C. § 227 *et seq.* ("TCPA"). (*See* Dkt. 1.)

2. Plaintiff and Defendant Shine, Inc. ("Defendant" or "Shine") have engaged in settlement discussions and have reached an agreement to resolve the individual claims brought by Plaintiff. The claims of any putative, unidentified class members will be dismissed without prejudice while Plaintiff's claims will be dismissed with prejudice.

3. The Parties are presently working to finalize a settlement agreement and believe a Notice of Dismissal will be filed within thirty (30) days.

Respectfully Submitted,

December 29, 2017

**WOODROW & PELUSO, LLC**

By: */s/* Patrick H. Peluso
Steven L. Woodrow (*pro hac vice*)
swoodrow@woodrowpeluso.com
Patrick H. Peluso (*pro hac vice*)
ppeluso@woodrowpeluso.com
3900 East Mexico Ave., Suite 300
Denver, Colorado 80210
Tel: (720) 213-0675

**LAW OFFICE OF RYAN S. SHIPP, PLLC**

Ryan S. Shipp, Esq.
814 W. Lantana Rd. Suite 1
Lantana, Florida 33462
Tel: (561) 699-0399
Ryan@shipplawoffice.com

*Attorneys for Plaintiff*
*Andrew Chambers*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on December 29, 2017 I served the above and foregoing papers by causing such paper to be filed with the Court using the Court's electronic filing system, which will send copies of such paper to all counsel of record.


December 29, 2017                     By:  /s/ Patrick H. Peluso_____