UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**ANDREW CHAMBERS,**

    **Plaintiff,**

v.                                                                  Case No: 6:17-cv-1449-Orl-41TBS

**SHINE, INC,**

    **Defendant.**
_____/

**ORDER**

THIS CAUSE is before the Court on the Notice of Settlement (Doc. 36), wherein Plaintiff has advised the Court that the above-styled action has been completely settled.

Accordingly, pursuant to Local Rule 3.08(b) of the Middle District of Florida, it is **ORDERED** and **ADJUDGED** that Plaintiff's claims are hereby **DISMISSED with prejudice** and the claims of any putative, unidentified class members are **DISMISSED without prejudice** subject to the right of any party, within sixty days from the date of this Order, to move the Court to enter a stipulated form of final order or judgment, or, on good cause shown, to reopen the case for further proceedings. All pending motions are **DENIED as moot**. The Clerk is directed to close this file.

**DONE** and **ORDERED** in Orlando, Florida on January 8, 2018.

CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record